JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. INIGUEZ, | Case No. CV 07-1355-DMG (OP) |
| Petitioner, | JUDGMENT |
| v. | |
| JAMES A. YATES, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 23, 2010

HONORABLE DOLLY M. GEE
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge